Gaus, Appellant, *v.* Cassol, et ux., et al.

Argued November 25, 1975. *Frank C. Lewis,* with him *Hudacsek and Lewis,* for appellant; *J. Frank Kelker,* and *Kelker and Kelker,* submitted a brief for appellees, Rudolph and Virginia Cassol; *J. David Ray, Edward S. Young,* and *Ray and Young,* submitted a brief for appellee, Columbia Gas of Pennsylvania, Inc.

Order affirmed.


Hefferon, et al., Appellants, *v.* Knechel, et ux., et al.

Submitted September 12, 1975. *Malvin L. Skaroff,* for appellants; *Joseph A. Smyth,* and *Fetter and Kessler,* for appellees.

Order affirmed.